UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LYNN,<br><br>    Plaintiff,<br><br>  v.<br><br>GATEWAY UNIFIED SCHOOL DISTRICT,<br>and DOES 1-50 inclusive,<br><br>    Defendants. | Case No. 2:10-CV-0981-JAM-KJN<br><br><u>ORDER GRANTING DEFENDANT'S</u><br><u>MOTION TO AMEND THE ANSWER</u> |

Defendant Gateway Unified School District ("Defendant") filed a motion for leave to file an amended answer to the First Amended Complaint. Doc. 15. Plaintiff Kendall Lynn ("Plaintiff") filed a notice of non-opposition to the motion. Doc. 17. The motion was set for hearing on November 17, 2010 and ordered submitted on the papers.[1] A pre-trial scheduling order has been issued for this case. Doc. 14. Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause is required to file an amended pleading after a pre-trial scheduling order has been issued. See Johnson v.

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1

Mammoth Recreations, Inc., 975 F. 2d 604, 608 (9th Cir. 1992). For the reasons set forth in Defendant's memorandum of points and authorities in support of the motion (Doc. 15, ex. 1), good cause has been shown. Defendant is ordered to file its amended answer within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: November 22, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE