UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LYNN, | Case No. 2:10-CV-0981-JAM-KJN |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| GATEWAY UNIFIED SCHOOL DISTRICT, and DOES 1-50 inclusive, | |
| Defendants. | |

Plaintiff Kendall Lynn ("Plaintiff") filed a motion for leave to file a second amended complaint. Doc. 16. Defendant Gateway Unified School District ("Defendant") opposed the motion. Doc. 18. The motion was set for hearing on November 17, 2010 and ordered submitted on the papers.[1] A pre-trial scheduling order has been issued for this case. Doc. 14. Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause is required to file an amended pleading after a pre-trial scheduling order has been issued. See Johnson v. Mammoth Recreations, Inc., 975 F. 2d 604, 608 (9th Cir.

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1

1992).  Plaintiff seeks to add a state law cause of action pursuant to California Labor Code Section 1102.5.  However, as Defendant correctly notes in its opposition brief, the Eleventh Amendment bars Plaintiff from bringing this claim against Defendant, a California public school district.  See <u>Corrales v. Moreno Valley Unified School District</u>, 2010 WL 2384599 at * (C.D. Cal. June 10, 2010) (holding that California public school districts are entitled to Eleventh Amendment immunity, thus barring the federal court from exercising pendent jurisdiction over a Labor Code Section 1102.5 claim against the school district) (citing <u>Belanger v. Madera Unified Sch. Dist.</u>, 963 F. 2d 248, 254-55 (9th Cir. 1992).

    Accordingly, Plaintiff has not shown good cause for leave to file a second amended complaint, as Plaintiff's proposed amendment would be futile. The motion for leave to file a second amended complaint is DENIED.

    IT IS SO ORDERED.

Dated:  November 22, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE