ROBERT E. THURBON SBN 133617
JACQUELINE S. McHANEY SBN 182966
LINDSAY K. MOORE SBN 244422
THURBON & MCHANEY, LP
2339 Gold Meadow Way, Suite 210
Gold River, California 95670
Telephone: (916) 636-1840
Facsimile: (916) 638-7530

Attorneys for Plaintiff
KENDALL LYNN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LYNN,<br><br>         Plaintiff,<br><br>    vs.<br><br>GATEWAY UNIFIED SCHOOL DISTRICT,<br>and DOES 1-50 inclusive,<br><br>         Defendants. | Case No.  2:10-CV-00981-JAM-CMK<br><br>ORDER DENYING SUMMARY JUDGMENT |

The motion of Defendant, GATEWAY UNIFIED SCHOOL DISTRICT for summary judgment came on regularly for hearing before this Court on December 7, 2011.  John Kelley, Halkides, Morgan & Kelley appeared on behalf of Defendant GATEWAY UNIFIED SCHOOL DISTRICT and Jacqueline S. McHaney, Thurbon & McHaney, L.P. appeared on behalf of Plaintiff, KENDALL LYNN.

The Court after considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, and after due consideration, and for the reasons set forth in the record IT IS HEREBY ORDERED that the Defendant's Motion for summary Judgment  is

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  DENIED, in its entirety.

3                                          IT IS SO ORDERED

6  Dated: 1/3/2012                         /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

9  Approved as to Form

10 HALKIDES, MORGAN & KELLEY

12                                         Dated:
13 JOHN KELLEY
   Attorneys for Defendant Gateway
14 Unified School District

2

PDF created with pdfFactory trial version www.pdffactory.com