# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LYNN, | Case No. 2:10-CV-00981-JAM-CMK |
| Plaintiff, | **ORDER** |
| v. | Judge: Hon. John A. Mendez |
| GATEWAY UNIFIED SCHOOL DISTRICT, et al., | Trial Date: March 5, 2012 |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the foregoing Stipulation of the Parties to Continue the Pre-Trial Conference and Trial Date, the Request is hereby GRANTED.

The Pretrial Conference is continued to June 1, 2012 at 11:00 a.m., in Courtroom #6.

The Jury trial date is continued until July 9, 2012 at 9:00 a.m. in Courtroom #6.

**IT IS SO ORDERED**

DATED: January 4, 2012

/s/ John A. Mendez
Hon. JOHN A. MENDEZ,
U. S. District Court Judge

[PROPOSED] ORDER TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL