## NOTICE OF APPEAL TO COURT OF APPEALS
## FROM AN ORDER OF A DISTRICT COURT

United States District Court for the Eastern District of California
Case No. 2:10-CV-0981

Kendall Lynn,  **NOTICE OF APPEAL**

    Plaintiff,

v.

Gateway Unified School District, et. al.,

    Defendants.

NOTICE IS HEREBY GIVEN, that KENDALL LYNN, Plaintiff in the above-entitled case, herepy appeals to the United States Courts of Appeals for the 9th Circuit from a Memorandum and Order, entered December 13, 2011, an Amended Order entered December 15, 2011, and a Second Amended Order entered December 16, 2011. The aforementioned Orders disqualified Plaintiff's previous counsel and his firm from further participation in the above-entitled matter and further Ordered evidentiary sanctions prohibiting the use of electronic public record documents at trial.

/s/ Matthew C. Schumacher
Attorney, Matthew Schumacher
Address: P.O. Box 1713
Vacaville, CA 95696
(707) 450-5760

## REPRESENTATION STATEMENT

**Plaintiff**

Kendall Lynn in the underlying case is represented by Matthew Schumacher.

Matthew Schumacher
Attorney at Law
Po Box 1713
Vacaville, CA 95696
Telephone (707) 450-5760

**Defendant**

Gateway Unified School District in the underlying case is represented by John Kelley.

John Kelley
Law Offices of Halkides Morgan and Kelley
833 Mistletoe Lane
Redding, CA 96002
Telephone (530) 221-8150
Facsimile (530) 221-7963

**Appellant/Disqualified Counsel**

Robert Thurbon is an Attorney representing himself.

Robert Thurbon
2339 Gold Meadow Way, Suite 210
Gold River, CA 95670
Telephone (916) 636-1840
Facsimile (916) 638-7530