**Matthew C. Schumacher CSB No. 237232**
P.O. Box 1713
Vacaville, CA 95696
707-450-5790
schumacherlaw@att.net

Attorneys for Plaintiff
KENDALL LYNN


**John P. Kelley CSB No. 168904**
LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE
833 MISTLETOE LANE, STE. 100
REDDING, CALIFORNIA 96002
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendant
GATEWAY UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENDALL LYNN,

    Plaintiff

v.

GATEWAY UNIFIED SCHOOL
DISTRICT and DOES 1-50, inclusive,

    Defendants.
_____/

No. 2:10-CV-00981-JAM-KJN

JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON

    Pursuant to the settlement of Plaintiff's claims, and a mutual release executed between the parties, in accordance with Federal Rule of Civil Procedure § 41(a)(1)(A)(ii), the parties stipulate that this entire action shall be dismissed, with prejudice. Each side shall bear their own attorney's fees and costs.

DATED: January 29, 2015

HALKIDES, MORGAN & KELLEY

By:    /S/ JOHN P. KELLEY
JOHN P. KELLEY
Attorneys for Defendant
GATEWAY UNIFIED SCHOOL DISTRICT

DATED:  January 29, 2015

By:    /S/ MATTHEW C. SCHUMACHER (as authorized on 1/29/15)

Attorneys for Plaintiff
KENDALL LYNN

## **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of Plaintiff, USDC Case No. 2:10-CV-00981-JAM-KJN is hereby dismissed with prejudice in its entirety, each side to bear their own attorney's fees and costs.

DATED: January 29, 2015

/s/ JOHN A. MENDEZ
By: _____
UNITED STATES DISTRICT JUDGE